# NAYDENSKIY

*426 Main St, #201, Spotswood, NJ, 0888*


Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 15.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 29, 2026

**VIA ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Orlando Huari Ramos v. A & F Restaurant Inc., et al.*, No. 7:26-cv-05828-PMH

Dear Judge Halpern:

We represent Plaintiff in the above captioned matter. We write to respectfully request a one-week extension from October 30, 2026 to November 6, 2026 to submit Plaintiff's *Cheeks* motion and settlement agreement. The undersigned has recently emailed a draft settlement agreement to defense counsel. However, due to several pressing deadlines, the undersigned does not believe that we can finalize and submit Plaintiff's *Cheeks* motion by October 30, 2026. Therefore, we respectfully request an additional one week, from October 30, 2026, to November 6, 2026, to file Plaintiff's *Cheeks* motion and settlement agreement for the Court's approval.

Defendants' counsel consents to the request for an additional week. We do not anticipate the need for any further adjournment beyond November 6. While Your Honor granted prior extensions of Defendants' time to Answer the Complaint (due to settlement negotiations), this is the first and only request for a 7-day extension of the filing of the *Cheeks* motion and Settlement Agreement. We thank the Court for its attention to this matter.

NAYDENSKIY LAW FIRM, LLC
______________s/__________________
Gennadiy Naydenskiy (GN5601)
Naydenskiy Law Firm, LLC
426 Main St, #201
Spotswood, NJ, 08884
(718) 808-2224
naydenskiylaw@gmail.com
*Attorney for Plaintiff*