UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO HUARI RAMOS,

Plaintiff,

-against-

A & F RESTAURANT, INC., et al.,

Defendants.

**ORDER**

26-CV-05828 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of the parties' *Cheeks* submission filed on November 9, 2026. (Docs. 17, 18). However, the settlement agreement included within the submission is not signed. (See Doc. 18 at 1, n.1). Accordingly, the parties are directed to file a copy of the fully *executed* settlement agreement by **November 24, 2026 at 5:00 p.m**.

**SO ORDERED:**

Dated: White Plains, New York
November 17, 2026

PHILIP M. HALPERN
United States District Judge